IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

    Petitioner,                      No. CIV-05-980 LKK KJM P

    vs.

JEANNE WOODFORD, CDC Director,

    Respondent.                    ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

        On August 16, 2005, this court filed Findings and Recommendations, recommending that this "mixed" habeas petition be dismissed and petitioner given leave to file an amended petition containing only unexhausted claims.

        On September 12, 2005, petitioner filed a request for a stay of these proceedings, to allow him to complete the process of exhausting his unexhausted claims.

        Petitioner argues he was deprived of the effective assistance of counsel when his lawyer did not follow through on his promise in opening statement to present exonerating witnesses, including petitioner himself, and failed to stipulate to petitioner's drug offenses so as to permit petitioner to testify.

1

1  Pet. at 8.  The first prong of this claim of ineffective assistance of counsel has been exhausted,
2  while the latter is currently pending before the California Supreme Court.
3         In <u>Rhines v. Weber</u>, ___ U.S. ___, 125 S.Ct. 1528, 1535 (2005), the Supreme Court
4  recognized the district court's authority to stay a mixed petition if it finds good cause for
5  petitioner's failure to exhaust earlier and merit to the claims petitioner is seeking to exhaust.
6  Petitioner alleges he has supported his state habeas petition with his declaration concerning his
7  desire to testify at trial and his concern about the impeaching impact of his prior drug deals,
8  something that could not have been considered on direct appeal.  Pet. at 5.  This satisfies the
9  <u>Rhines</u> good cause requirement.  Moreover, the court cannot find that petitioner's claim of
10 ineffective assistance of counsel, which led to petitioner's failure to testify on his own behalf, is
11 plainly meritless.  A stay is appropriate.
12        Good cause appearing, IT IS HEREBY ORDERED:
13        1. The Findings and Recommendations of August 16, 2005, are hereby vacated.
14        2. Petitioner's September 12, 2005 motion for a stay of these proceedings is
15 granted.
16        3. Within ninety days of the date of this order, petitioner shall file a status report
17 on the progress of the state exhaustion petition.
18        4. If the state exhaustion proceeding is not completed within one hundred eighty
19 days of the date of this order, petitioner shall file a second status report, and further reports at
20 ninety day intervals until the exhaustion process is completed.
21        5. Within thirty days of the California Supreme Court's resolution of the state
22 action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the
23 action or a motion to file an amended petition, along with the proposed amended petition.
24 /////
25 /////
26 /////

6. Petitioner is advised his failure to comply with the time limits of this order may result in an order from the court lifting the stay.

DATED: October 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
will0980.sty