IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

      Petitioner,            No. CIV S-05-0980 LKK KJM P

   vs.

JEANNE WOODFORD, Director,

      Respondent.          <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On October 11, 2005, the court granted petitioner's motion for a stay of this action to permit him to exhaust his state collateral remedies.

      On November 18, 2005, petitioner filed a motion to lift the stay and to permit him to file an amended petition for a writ of habeas corpus. He has attached exhibits showing the exhaustion of his state remedies is complete and has provided a copy of the proposed amended petition.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of proceedings entered October 11, 2005 is lifted;

2. Petitioner's November 18, 2005 motion to file an amended petition is granted and the petition filed on the date is accepted;

3. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk's Office is directed to serve a copy of the first amended petition filed November 18, 2005 on Jo Graves, Senior Assistant Attorney General.

DATED: December 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
will0980.lift