IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

    Petitioner,                    No. CIV S-05-0980 LKK KJM P

   vs.

JEANNE WOODFORD, Director,

    Respondent.                 ORDER

_____/

      Petitioner has requested an extension of time to file and serve a traverse as provided by the court's order of December 2, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's February 21, 2006 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED:  February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
will0980.111