IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

    Petitioner,                                           No. CIV S-05-0980 LKK KJM P

    vs.

JEANNE WOODFORD, Director,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a motion for an order granting law library access. In his motion, petitioner alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status. He has also filed a motion for an extension of time and a motion to set aside any default from his failing timely to file a reply.

        Although petitioner alleges that he is under a deadline to file a reply to the respondent's answer to his petition, he has also filed a request for an extension of time and a motion to set aside any default from untimely filing, which the court will grant. He thus has not demonstrated that his right of access to the courts is being impaired.

        Petitioner has filed his second request for an extension of time to file and serve a traverse pursuant to the court's order of February 28, 2006. Good cause appearing, the request

1

will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Petitioner's March 2, 2006 request for an extension of time is granted;

        2.  Petitioner is granted forty-five days from the date of this order in which to file and serve a traverse. No further extensions of time will be granted;

        3. Petitioner's March 6, 2006 motion to set aside any default from his failure to file a reply is denied as unnecessary; and

        4. Petitioner's March 2, 2006 motion for a court-ordered deadline is denied.

DATED:  March 13, 2006.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

2/mp
will0980.80+111