IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

    Petitioner,               No. CIV S-05-0980 LKK KJM P

    vs.

JEANNE WOODFORD, Director,

    Respondent.           <u>ORDER</u>

                                /

        Petitioner's request for an extension of time in which to file his traverse (doc. 22) is denied as moot; petitioner's traverse is deemed timely filed.

DATED: November 29, 2006.

                                                      _____
                                                      U.S. MAGISTRATE JUDGE

2
will0980.eot

1