UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * *
                               *
DAVID EARL WILLIAMS,           *   No. 2:05-cv-00980-AK
                               *
     Petitioner,               *
                               *
v.                             *
                               *
JEANNE WOODFORD, et al.,       *   ORDER
                               *
     Respondents.              *
                               *
                               *
* * * * * * * * * * * * * * * *
```

    Petitioner's request for clarification is granted. I am sitting on this case by designation, which means that I am acting as a district judge for the purpose of deciding the petition. I hope to do so soon.

November 16, 2009

                                                  ALEX KOZINSKI
                                                  Chief Circuit Judge
                                                  Sitting by designation