# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL WILLIAMS,

                        Petitioner,

  v.

JEANNE WOODFORD, et al.,

                     Respondents.

No. 2:05-cv-00980-AK

**ORDER**

The court hereby gives notice of its intent to appoint counsel for petitioner. The Office of the Federal Defender shall determine whether petitioner qualifies for indigent appointment of counsel.  If petitioner is determined to be indigent, the Federal Defender shall notify the Court within ten (10) days of that determination as to whether the Office of the Federal Defender will represent petitioner or a Criminal Justice Act panel member will be appointed.  Upon appointment, counsel shall (1) pursue petitioner's claim that his right to effective assistance of counsel was violated by his trial lawyer's opening statement promising testimony of three witnesses who never testified, and (2) argue as to how petitioner can develop the record in light of Cullen v. Pinholster, No. 09-1088, slip op. (U.S. Apr. 4, 2011).

page 2

A copy of this Order shall be sent to:

Daniel J. Broderick, Esq.
Federal Defender—Eastern District of California
801 I Street, 3rd Floor
Sacramento, CA 95814


July 6, 2011

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation