IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DAVID EARL WILLIAMS**, | ) | No. 2:05-cv-00980-AK |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **JEANNE WOODFORD, et. al.**, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

For good cause shown,

1. Petitioner David Earl Williams's application to proceed in forma pauperis is granted.

2. Counsel is appointed to represent petitioner Williams:

Office of the Federal Defender
Eastern District of California
Daniel J. Broderick, State Bar No. 89424
Federal Defender
Timothy J. Foley, State Bar No. 111558
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2510
Tel: (916) 498-6666

1

1
2  Dated: July 29, 2011
3
4
5
6                                          **ALEX KOZINSKI**
                                           Chief Circuit Judge
7                                          Sitting by designation