UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, <br><br> Petitioner, <br><br> v. <br><br> **JEANNE WOODFORD, et al.**, <br><br> Respondents. | No. 2:05-cv-00980-AK <br><br> **ORDER** |

Within 21 days of the filing of this order, respondents shall file a response to the supplemental brief and motion filed by Williams on November 28, 2011. In particular, respondents shall identify any disputed facts that would require resolution at an evidentiary hearing. Respondents need not repeat legal arguments already made in their answer of January 31, 2006.

December 6, 2011

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation