## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, | |
| Petitioner, | No. 2:05-cv-00980-AK |
| v. | |
| **JEANNE WOODFORD, et al.**, | **ORDER** |
| Respondents. | |

While <u>Cullen</u> v. <u>Pinholster</u>, 131 S. Ct. 1388 (2011), bars a federal district court from holding an evidentiary hearing in ruling on habeas petitions filed under 28 U.S.C. § 2254(d)(1), <u>see</u> <u>Pinholster</u>, 131 S. Ct. at 1398, Williams makes his challenge under section 2254(d)(2), <u>see</u> Supp. Brief of Nov. 28, 2011, at 12–15. <u>Pinholster</u> thus does not bar him from expanding the record.

In ruling on the merits of Williams's petition, the court is prepared to rely on the declarations submitted with his motion for expansion of the record.  <u>See</u> <u>Downs</u> v. <u>Hoyt</u>, 232 F.3d 1031, 1041 (9th Cir. 2000).  Written declarations do not, of course, permit cross-examination, and there may be further evidence that the parties may wish to present.  Williams has stated that, if Respondent doesn't dispute the facts contained in the declarations Williams has presented, he plans to

page 2

present no live testimony.  <u>See</u> Motion for Expansion of Nov. 28, 2011, at 3–5.

Unless either party, within 21 days of the filing of this order, requests an

evidentiary hearing with live testimony, the court will proceed to rule on the merits

of Williams's petition based on the facts already in the record and those presented

in the declarations recently submitted.


December 19, 2011


**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation