UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, <br><br> Petitioner, <br><br> v. <br><br> **JEANNE WOODFORD, et al.**, <br><br> Respondents. | No. 2:05-cv-00980-AK <br><br> **ORDER** |

Respondent's Objection to Consideration of Evidence Outside the State Court Record is overruled.  As specified in the court's order of December 19, 2011, the parties have until January 9, 2012, to request an evidentiary hearing with live testimony.

December 21, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation