# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**,<br><br>                              Petitioner,<br><br>   v.<br><br>**JEANNE WOODFORD, et al.**,<br><br>                              Respondents. | No. 2:05-cv-00980-AK<br><br>**ORDER** |

Respondent's motion to alter and amend the judgment is denied.

March 28, 2012

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation