UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, <br><br>                                Petitioner, <br><br> v. <br><br> **JEANNE WOODFORD, et al.**, <br><br>                                Respondents. | No. 2:05-cv-00980-AK <br><br> **ORDER** |

On March 19, 2012, the court ordered petitioner's release unless the state of California "actually commence[d] Williams's retrial within ninety days." The state's motion to alter and amend the judgment was denied on March 28, 2012. It has come to the court's attention that petitioner still has not been retried or released. The state is ordered to show cause why the court shouldn't order petitioner's immediate release, as well as other sanctions for failing to comply with the court's March 19, 2012 order.

The state's response shall be submitted no later than 14 days from the date of the filing of this order. Petitioner may reply 14 days after that and the state shall have 7 days to reply. The principal briefs shall not exceed 2400 words and the optional reply brief shall not exceed 1500 words.

July 24, 2013

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation