UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, <br><br> Petitioner, <br><br> v. <br><br> **JEANNE WOODFORD, et al.**, <br><br> Respondents. | No. 2:05-cv-00980-AK <br><br> **ORDER** |

The court's order to show cause of July 24, 2013, is discharged.

August 23, 2013

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation