# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EARL WILLIAMS**, | |
| Petitioner, | No. 2:05-cv-00980-AK |
| v. | |
| **JEANNE WOODFORD, et al.**, | **ORDER** |
| Respondents. | |

The court's order to show cause of July 24, 2013, is discharged.

August 23, 2013

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation